# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

135834

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MARCUS ANTHONY MATTHEWS,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135834
COA: 281948
Ingham CC: 06-000483-FC

On order of the Court, the application for leave to appeal the December 28, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

Clerk

p0519